IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO: |
| CHRISTOPHER FERNANDER MARTIN | : | 7:23-cr-065—WLS-ALS-12 |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant Christopher Fernander Martin's Motion Requesting to Sever Trial, as amended, supplemented and refined (Docs. 446, 449, 519, 604). On January 9, 2025, Defendant Martin entered in a plea agreement and pled guilty to Count One of the Superseding Indictment (Doc. 650) filed as to Defendant Martin on January 9, 2025.

Accordingly, Defendant Martin's Motion Requesting to Sever Trial, as amended, supplemented and refined (Docs. 446, 449, 519, 604) is **DENIED as MOOT**.

**SO ORDERED**, this 10th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1