# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : <br> CHRISTOPHER FERNANDER : <br> MARTIN : <br> : <br> Defendant. : <br> _____ : | CASE NO: <br> 7:23-cr-065—WLS-ALS-12 |

## ORDER

Before the Court is Defendant Christopher Fernander Martin's ("Martin") Objection and Comment to Draft Presentence Investigation Report (Doc. 735) ("Martin Objection") filed March 17, 2025. Sentencing in this matter is set for Thursday, April 3, 2025.

Accordingly, on or before **Thursday, March 27, 2025**, the Government is hereby **ORDERED** to file a response to the Martin Objection. Defendant may file a reply not later than **Tuesday, April 1, 2025**.

**SO ORDERED**, this 24th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**